NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney

Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )    Case No. 3:00-CV-00160 (JKS)
                             )
     v.                      )
                             )
Patrick R. Knowlton,         )    **PLAINTIFF'S MOTION**
                             )    **TO RELEASE ATTACHED**
         Defendant.          )    **PFD FUNDS**
_____)

     Plaintiff the United States of America, by and through the
United States Attorney for the District of Alaska, hereby moves
this Court to release funds currently held in the Court's Registry.

     1.   On or about August 3, 2007, a Levy upon a continuing Writ
of Execution pursuant to Alaska Statute 43.23.065 was submitted to
the State of Alaska, Department of Revenue, in this action
attaching defendant's Alaska Permanent Fund dividend payment for
2007.

     2.   Alaska Statute 43.23.065(d) frees plaintiff from the
service requirement of notifying the debtor of the writ.   The

Alaska Department of Revenue automatically notifies the debtor of attached PFD funds at the time the funds are turned over to the Court.

3.    Pursuant to execution of the Writ, on or about October 10, 2007, dividend monies from the State of Alaska in the amount of $1,273.20 were deposited into the Registry of this Court.

4.    More than thirty (30) days have elapsed since the State notified the defendant of his right to object.  To date, no objection has been filed.  Defendant's right to object is now in default.

WHEREFORE, plaintiff hereby requests that the attached funds in the amount of $1,273.20 currently held in the Court's Registry be released by check made payable to the United States Department of Justice and forwarded to the United States Attorney for the District of Alaska, as payment toward Defendant's judgment debt.

RESPECTFULLY SUBMITTED this 5th day of December, 2007, at Anchorage, Alaska.

NELSON P. COHEN
UNITED STATES ATTORNEY


s/Richard L. Pomeroy
RICHARD L. POMEROY
ASSISTANT U.S. ATTORNEY
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK #8906031

**DOCUMENT NAME**
Patrick R. Knowlton
3:00-CV-0060 (JKS)                2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing

Motion to Release PFD Funds was mailed this 5th day of December,

2007, to the following:

Patrick R. Knowlton
4220 Baxter Road, #18
Anchorage, AK 99504

s/Richard L. Pomeroy
Office of U.S. Attorney

**DOCUMENT NAME**
Patrick R. Knowlton
3:00-CV-0060 (JKS)                    3