NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Telephone: (907) 271-5071
Fax:  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


                    IN THE UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,     )   No. 3:00-CV-00160-JKS
                              )
                 Plaintiff,   )
                              )   PROPOSED
          vs.                 )   ORDER TO RELEASE PFD FUNDS
                              )
PATRICK R. KNOWLTON,          )
                              )
                 Defendant.   )

        Plaintiff's motion to release the attached Permanent Fund

Dividend is hereby GRANTED.

        The attached funds, in the amount of $1273.20, shall be released

from the Registry by the Clerk of Court by check made payable to the

"United States Department of Justice" and forwarded to the Office of

the United States Attorney for District of Alaska, Financial

Litigation Unit, as payment toward Defendant's judgment debt.

        IT IS SO ORDERED.


DATED:_____        _____
                                   U.S. DISTRICT COURT JUDGE